627 A.2d 1126

WASTE MANAGEMENT, INC. v. ROYAL INSURANCE COMPANY, ET AL. AND ADMIRAL INSURANCE COMPANY, ET AL.

February 25, 1993.

ORDER

Leave to appeal is granted.